Troutman Pepper Hamilton Sanders LLP
70 Linden Oaks, Suite 210
Rochester, NY 14625

troutman.com



**Andrew P. Zappia**
585.270.2102
andrew.zappia@troutman.com

April 6, 2023

**VIA CM/ECF**

Hon. Ronnie Abrams, U.S.D.J.
Thurgood Marshall Courthouse
40 Foley Square
New York, New York  10007

**Re:** FNTV, LLC v. Interactive One, LLC, Case No. 1:23-cv-00684-RA

Dear Judge Abrams:

The Court has set a scheduling conference for 2:30 p.m. tomorrow, April 7, 2023, in the above-captioned action.  The parties write to advise that today they have reached a settlement in principle.  The parties are prepared to appear for the scheduling conference, but write to advise the Court of the settlement in principle, in the event that the Court wishes to adjourn the scheduling conference.

Respectfully submitted,

*s/ Andrew P. Zappia*

Andrew P. Zappia

cc:    Renee J. Aragona, Esq. (counsel for Plaintiff)
       Craig B. Sanders, Esq. (counsel for Plaintiff)

> The conference scheduled for April 7 is hereby adjourned.  The Court will issue a separate order closing this case in light of the parties' settlement in principle.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> April 6, 2023

148258169v1